IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-po-00076-CKD |
| Plaintiff, | ORDER TO DISMISS AND RECALL BENCH WARRANT |
| v. | |
| CORDELL A. BROWN, | DATE:  March 9, 2021 |
| | TIME:   9:00 a.m. |
| Defendant. | JUDGE: Honorable Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Case Number 2:21-po-00076-CKD is GRANTED.

It is further ordered that the bench warrant issued on March 9, 2021, is recalled.

IT IS SO ORDERED.

Dated: November 15, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE